**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


BILLY WHITEHEAD
REG. #21842-009                                                          PETITIONER


VS.                                    5:05CV00265 JMM/JTR


STATE OF ARKANSAS;
MIKE BEEBE, Attorney General                                            RESPONDENTS


**<u>JUDGMENT</u>**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket

entry #1) is DISMISSED, WITHOUT PREJUDICE, so that Petitioner may seek authorization from

the Eighth Circuit, pursuant to 28 U.S.C. § 2244(b)(3)(A), to file a successive habeas petition.

Dated this 17th day of November, 2005.


_____
UNITED STATES DISTRICT JUDGE